[No. 47244-5-I.  Division One.  July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ALEX URE II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07383-1, Anthony P. Wartnick, J., entered May 11, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47284-4-I.  Division One.  July 30, 2001.]

KAREN HARMON, *Respondent*, v. KAO SAETEURN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07344-5, Michael J. Fox, J., entered August 18, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Kennedy, JJ.

[No. 47342-5-I.  Division One.  July 30, 2001.]

JOE LEE SMITH, *Individually and as Administrator*, *Appellant*, v. RENTON SCHOOL DISTRICT NO. 403, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-08631-8, Jeanette R. Burrage, J., entered August 25, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Cox, JJ.

[No. 47349-2-I.  Division One.  July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD McCARTHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04117-5, Carol A. Schapira, J., and Wallis W. Friel, J. Pro Tem., entered August 25, 2000. *Dismissed* by unpublished per curiam opinion.